# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| CHARLES EDWARD STOUT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:15-cv-02194-JTF-cgc |
| ) | |
| FIRST TENNESSEE BANK and ELBERT ) | |
| L. THOMAS, JR., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order entered by this Court on April 30, 2015. (ECF No. 7).

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                                      THOMAS M. GOULD
United States District Judge                                  CLERK

  April 30, 2015                                                       s/Cameron M. Watson
       DATE                                                              (By) LAW CLERK

1